## 25323.   ROGERS *v.* THE STATE.

BROYLES, C. J.   The defendant was charged with possessing whisky, and was tried in the criminal court of Fulton County by the judge, without the intervention of a jury.   The evidence amply authorized his conviction, and the judge of the superior court did not err in overruling the certiorari.   *Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*

DECIDED DECEMBER 20, 1935.

*Joseph D. Lewis, John R. Strother, J. Wightman Bowden,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

## 25331.   HARDEN *v.* THE STATE.

BROYLES, C. J.   Under the facts as disclosed by the record, the court erred in overruling the defendant's motion for a continuance, based on the absence of a material witness who had been subpœnaed for the defense; and that error rendered further proceedings nugatory.

*Judgment reversed.   MacIntyre and Guerry, JJ., concur.*

DECIDED DECEMBER 20, 1935.

*Harry L. Taylor, R. I. Stephens,* for plaintiff in error.
*Lester F. Watson, solicitor,* contra.

## 25340.   HALE *v.* THE STATE.

BROYLES, C. J.   The defendant was convicted of simple larceny.   The evidence, although wholly circumstantial, was sufficient to exclude every reasonable hypothesis save that of his guilt; and the court did not err in overruling the motion for new trial, which was based on the usual general grounds only.

*Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*

DECIDED DECEMBER 20, 1935.

*M. B. Eubanks,* for plaintiff in error.
*James F. Kelly, solicitor-general, J. Ralph Rosser,* contra.